No. 87–5587.   MURPHY v. AETNA LIFE & CASUALTY ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.

No. A–342 (87–731).   GLOBE NEWSPAPER CO. ET AL. v. KING. Sup. Jud. Ct. Mass.   Motion of respondent to vacate the stay granted by JUSTICE BRENNAN denied.

No. D–650.   IN RE DISBARMENT OF SLOTKIN.   Disbarment entered.   [For earlier order herein, see 483 U. S. 1051.]

No. D–663.   IN RE DISBARMENT OF CIARDELLI.   It is ordered that Victor F. Ciardelli, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 110, Orig.   IN RE REPUBLIC OF SURINAME EX REL. BOER-ENVEEN.   Motion for leave to file petition for writ of habeas corpus denied.

No. 86–1034.   VIRGINIA v. AMERICAN BOOKSELLERS ASSN., INC., ET AL.   C. A. 4th Cir.   [Probable jurisdiction noted, 479 U. S. 1082.]   Motion of appellant for leave to file a supplemental brief after argument granted.

No. 86–6139.   WATSON v. FORT WORTH BANK & TRUST.   C. A. 5th Cir.   [Certiorari granted, 483 U. S. 1004.]   Motion of Texas for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 87–333.   DELTA AIR LINES, INC. v. PORT AUTHORITY OF NEW YORK AND NEW JERSEY.   C. A. 2d Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.